IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Cr. No. 21-00274-ADC-3 |
| | : | |
| Yoliann Rosario-Albert (3) | : | |
| Defendant | : | |
| ............................................... | : | |

**MOTION NOTIFYING BAIL VIOLATION AND REQUESTING NO ACTION**

TO THE HONORABLE JUDGE AIDA M. DELGADO-COLON
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW, **Cristina Crespo**, U.S. Probation Officer of this Court, respectfully informing that:

1. On August 5, 2021, Ms. Yoliann Rosario-Albert was ordered released by the Honorable U.S. Magistrate Judge Marshal D. Morgan, on a $10,000.00 unsecured bond with pretrial supervision.

2. Due to COVID-19 safety measure, a drug test was not collected the day of Ms. Rosario-Albert's pretrial interview.

3. A drug test was conducted on August 6, 2021, after her release on bond. The same yielded positive results to cannabinoids in apparent violation to bail condition **7(m) – *Not use or unlawfully possess a narcotic drug or other controlled substances as defined in 21 U.S.C. 802, unless prescribed by a license medical practitioner***.

4. On a following office contact, Ms. Rosario-Albert verbally admitted consuming

marijuana prior to instant arrest. She denies any further use since her arrest and release on bond. Ms. Rosario-Albert was instructed to refrain from using cannabis or any of its derivatives while on bail supervision and was advised of potential consequences of further violations of his bail conditions of release.

     5. At this time, Ms. Rosario-Albert will continue to be monitored through random drug testing. Any additional violations will be brought before the Court for pertinent action.

     **WHEREFORE**, the undersigned requests that the Court take notice of the contents of this Motion and allow the defendant to continue under her current bail conditions.

     In San Juan, Puerto Rico, this 23rd day of August 2021.

     Respectfully submitted,

LUIS O. ENCARNACION-CANALES
CHIEF U.S. PROBATION OFFICER

*s/Cristina Crespo*
Cristina Crespo, U.S. Probation Officer
United States Probation Office/Pretrial Division
Federico Degetau Federal Office Building
150 Chardón Avenue, Rm. 691
San Juan, P.R. 00918
Telephone: (787) 397-3855
Fax: (787) 766-5651
E-mail: Cristina_Crespo@prp.uscourts.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

*s/Cristina Crespo*

Cristina Crespo, U.S. Probation Officer