IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 21-00274-ADC-3 |
| | : | |
| Yoliann Rosario-Albert (3) | : | |
| Defendant | : | |
| ............................................................ | : | |

**SUPPLEMENTAL MOTION TO DOCKET 75
THIRD MOTION INFORMING BAIL VIOLATION AND REQUESTING MODIFICATION
OF CONDITIONS OF RELEASE**

TO THE HONORABLE COURT
DISTRICT OF PUERTO RICO

COMES NOW, **Cristina Crespo**, U.S. Probation Officer of this Court, who respectfully informing that:

1. On April 1, 2022, the undersigned filed a motion notifying the following violations of bail supervision: Ms. Rosario Albert failed to report law enforcement contact in apparent violation of bond condition **7(r) "Report as soon as possible, to the pretrial services officer, every contact with law enforcement personnel, including arrests, questioning and/or traffic stops."**

2. Ms. Rosario-Albert was summoned to appear at the Carolina First Instance Court on April 8, 2022, at 10:00am and probable cause was found for the misdemeanor assault charge, case number FMG2022MO112 and for obstruction/providing a false statement to a police officer case number FMG2022MO113. All in apparent violation of bond condition **1. "The defendant must not violate, federal, state or**

**local law while on release."** Ms. Rosario-Albert's trial is set for May 9, 2022, at 8:30am.

**WHEREFORE**, the undersigned requests that the Court take notice of the contents of this motion and the previous recommendation to modify the location monitoring component from curfew to home detention where Ms. Rosario-Albert will only be allowed leave for pre-approved activities by the undersigned. Any additional violations will be brought before the Court for pertinent action.

In San Juan, Puerto Rico, this 19th of April of 2022.

Respectfully submitted,

LUIS O. ENCARNACION-CANALES
CHIEF U.S. PROBATION OFFICER

*s/Cristina Crespo*
Cristina Crespo, U.S. Probation Officer
United States Probation Office/Pretrial Division
Federico Degetau Federal Office Building
150 Chardón Avenue, Rm. 691
San Juan, P.R. 00918
Telephone: (787) 397-3855
Fax: (787) 766-5651
E-mail: Cristina_Crespo@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

*s/Cristina Crespo*

Cristina Crespo, U.S. Probation Officer