IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 21-00274-ADC-3 |
| | : | |
| Yoliann Rosario-Albert (3) | : | |
| Defendant | : | |
| ............................................... | : | |

## FOURTH MOTION INFORMING BAIL VIOLATION AND REQUESTING MODIFICATION OF CONDITIONS OF RELEASE

TO THE HONORABLE COURT
DISTRICT OF PUERTO RICO

COMES NOW, **Cristina Crespo**, U.S. Probation Officer of this Court, who respectfully informing that:

1. On August 5, 2021, Ms. Yoliann Rosario-Albert was ordered released by the Honorable U.S. Magistrate Judge Marshal D. Morgan, on a $10,000.00 unsecured bond with location monitoring and a curfew as directed by the officer, and all other standard conditions of release. At the onset of her supervision Ms. Rosario-Albert was imposed a curfew from 6pm to 6am.

2. On August 23, 2021, an informative motion notifying bail violation and requesting no action was filed. (DE# 35) and noted by the court on September 1, 2021. (DE# 44).

3. On February 7, 2022, a second motion notifying violations of bail supervision

conditions, requesting no action was filed (DE# 64) and was noted by the court on March 4, 2022. (DE#69).

4. On March 31, 2022, a third motion notifying violations of bail supervision conditions and requesting modification of conditions was filed (DE #75). On April 4, 2022, The Court noted the motion and decided to will wait for the USPO officer to investigate the matter further before deciding on the next course of action (DE #82).

5. On April 19, 2022, a supplemental motion was filed. On May 19, 2022, a show cause hearing was set for June 2, 2022, which was reset for June 10, 2022.

6. On June 1, 2022, the undersigned contacted Ms. Rosario-Albert to discuss recurrent noncompliance behavior with her location monitoring curfew schedule - 6pm-6am. For the past month Ms. Rosario-Albert has arrived home after schedule on six (6) occasions all in apparent violation of violation to bail condition **7 (q): "submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided."** This situation has been discussed with her on multiple times, yet she continues to ignore the location monitoring program rules.

**WHEREFORE**, the undersigned requests that the Court take notice of the contents of this motion and modify the location monitoring component from Curfew to Home Detention where Ms. Rosario-Albert will only be allowed leave for pre-approved activities by the undersigned. Any additional violations will be brought before the Court for pertinent action.

In San Juan, Puerto Rico, this 6th day of June of 2022.

Respectfully submitted,

LUIS O. ENCARNACION-CANALES
CHIEF U.S. PROBATION OFFICER

*s/Cristina Crespo*
Cristina Crespo, U.S. Probation Officer
United States Probation Office/Pretrial Division
Federico Degetau Federal Office Building
150 Chardón Avenue, Rm. 225
San Juan, P.R. 00918
Telephone: (787) 397-3855
E-mail: Cristina_Crespo@prp.uscourts.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

*s/Cristina Crespo*
Cristina Crespo,
U.S. Probation Officer