IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>YOLIANN ROSARIO-ALBERT (3)<br>Defendant. | Criminal no. 21-274 (ADC) |

## WAIVER OF PERSONAL APPEARANCE DURING CHANGE OF PLEA

The undersigned defendant, Yoliann Rosario-Albert, hereby affirms that I have been advised that my hearing on change of plea for the above-mentioned cases is scheduled to be held through a video conference system. I affirm that I discussed this case with my counsel, and he explained to me my right to be present in Court during the Change of Plea hearing. My attorney explained to me that due to the COVID-19 crisis, the Court implemented a system to conduct hearings by video conference where the parties participate remotely and do not appear in the courtroom in person. After being duly advised of my right to be present in the courtroom during my change of plea hearing, I waive that right freely and voluntarily. My attorney explained and translated this waiver to me in the Spanish language.

In San Juan, Puerto Rico, this 18th day of July, 2022.

_____
Yoliann Rosario Albert

s/ Diego H. Alcalá Laboy
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com