UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>Plaintiff<br><br>V.<br><br>YOLIANN ROSARIO ALBERT<br>Defendant | Criminal No. 21-274<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE: FOR PLEADING GUILTY<br>(RULE 11, Fed.R.Crim. P.) |
|---|---|

## WAIVER OF RIGHT TO TRIAL BY JURY

The United States Magistrate-Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate-Judge has further informed me of my right to the assistance of legal counsel throughout all stages of the cases including sentencing. The Magistrate-Judge has informed of my right to trial, judgment and sentencing before a United States District Judge

I HEREBY: Waive (give up) my right to trial before a United States District Judge and express my consent to proceed before a Magistrate-Judge while I plead guilty (Rule 11 proceedings) and the entry of a judgment of conviction upon the Magistrate-Judge's recommendation. I understand that sentence will be imposed by a District Judge.

_____        _____
(Defendant)                                           (Defendant's Attorney)

**I HEREBY : Waive (give up) my right to stand trial by jury.**

_____        _____
(Defendant)                                           (Defendant's Attorney)

Consented to by the United States   _____
                                                            (Signature)

AUSA Ryan R. McCabe
(Name and Title)

Approved by: _____        Date: _____
U. S. Magistrate-Judge